NEIL CASEY et al., Respondents, v. FRANCIS GORMAN, Appellant.— All concur. (The judgment is for plaintiffs in an action to recover possession of personalty.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM A. HOLDREN, Appellant, v. ORVAL C. MORRIS et al., Individually and Doing Business under the Name of MORRIS & REIMANN, Respondents.— All concur. (The judgment dismisses plaintiff's complaint in an action for damages for personal injuries sustained by reason of the negligent wrecking of a building. The first order grants the dismissal on the merits and amends the clerk's minutes to strike out the words "without prejudice;" the second and third orders deny plaintiff's motions for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

SUMMER & CO., INC., Respondent, v. PHŒNIX INDEMNITY COMPANY, Appellant.— All concur. (The judgment is for plaintiff in an action under a liability insurance policy.) Present — Cunningham, Taylor, Dowling and McCurn, JJ.

JOSEPH A. SIEGEL et al., Respondents, v. HARTLEY R. WALLACE et al., Appellants.— All concur. (The judgment is for plaintiffs in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of GEORGE BRITTEN, as One of the Administrators of the Estate of ADAM BERGER, Deceased, Respondent. PAULYNE MABIE, Appellant.— All concur. (The decree directs Paulyne Mabie to turn over to the administrator certain bank accounts formerly standing in the name of decedent, together with the pass books, and keys to a safe deposit box, in a discovery proceeding.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

MERCHANTS NATIONAL BANK AND TRUST COMPANY OF SYRACUSE, Respondent, v. LEMUEL CHAPIN et al., Appellants.— All concur, except Crosby, P. J., not voting. (The order denies defendants' motion for change of venue.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MARVIN WOODWARD, Appellant, v. OSBORNE COUSINEAU et al., Respondents, Impleaded with Another.— All concur. (The judgment dismisses plaintiff's complaint in an automobile negligence action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

HENRY GEE, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.— All concur. (The order grants defendant's motion to strike out allegations in plaintiff's complaint in a silicosis action.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.